RECEIVED
IN LAKE CHARLES, LA

JUL -5 2006

ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

# UNITED STATES DISTRICT COURT

# WESTERN DISTRICT OF LOUISIANA

# LAKE CHARLES DIVISION

| ST. PAUL FIRE & MARINE INSURANCE CO., ET AL. | : | DOCKET NO. 2:06 CV 0349 |
|---|---|---|
| VS. | : | JUDGE MINALDI |
| LOUISIANA PATIENTS' COMPENSATION FUND OVERSIGHT BOARD | : | MAGISTRATE JUDGE WILSON |

## JUDGMENT

Having heard the argument of counsel in open court on June 19, 2006,

IT IS ORDERED, ADJUDGED and DECREED that the Motion for Preliminary Injunction [doc. 2] IS GRANTED. The Louisiana Patients' Compensation Fund Oversight Board is ENJOINED from proceeding any further with state court litigation seeking damages, declaratory judgment, or any other relief against these plaintiffs' conduct in the settlement of medical malpractice claims in the State of Louisiana.

Lake Charles, Louisiana, this 30 day of June, 2006.

PATRICIA MINALDI
UNITED STATES DISTRICT JUDGE