RECEIVED
IN LAKE CHARLES, LA

NOV 14 2006

ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAKE CHARLES DIVISION

| | | |
|---|---|---|
| ST. PAUL FIRE AND MARINE INSURANCE COMPANY, DERREL DAVID, MARK ACKLEY AND JULIE LOOP CONNER | : | CIVIL ACTION NO. CV06-0349-LC |
| | : | JUDGE MINALDI |
| VERSUS | : | MAGISTRATE JUDGE WILSON |
| THE LOUISIANA PATIENTS' COMPENSATION FUND OVERSIGHT BOARD | | |

## JUDGMENT

The foregoing joint motion to convert the existing preliminary injunction into a permanent injunction and final judgment in these proceedings considered, and for the reasons orally assigned on June 19, 2006 at the hearing on the motion for preliminary injunctive relief,

IT IS ORDERED, ADJUDGED and DECREED that the Motion for Permanent Injunction is GRANTED. The Louisiana Patients' Compensation Fund Oversight Board, or any person or entity acting upon its behalf, is PERMANENTLY ENJOINED from proceeding any further with litigation seeking damages, declaratory judgment, or any other relief against St. Paul Fire and Marine Insurance Company or any of its adjusters or employees, including but not limited to the other plaintiffs in this litigation, as a result of their conduct in the settlement of medical malpractice claims in the State of Louisiana which was or could have been the subject of the prior litigation between these parties decided by the U. S. Fifth Circuit in *Louisiana Patients'*

BR.463486.1

*Compensation Fund Oversight Board v. St. Paul Fire and Marine Insurance Company*, 411 F.3d 585 (5th Cir. 2005), or as a result of any such conduct in the future consistent with that opinion.

Lake Charles, Louisiana, this 13 day of Nov, 2006.

[signature]